OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS  FILE COPY
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

COA No. 12-14-00190-CR  PD-0589-15

5/15/2015

GHAFFER, ALMA MUNOZ  Tr. Ct. No. 005-86365-2013

I have this day received and filed the Appellee's Petition for Discretionary Review. [The Court requires ten copies of this document to be filed in this office within three (3) days pursuant to Rule 9.3(b). Failure to send copies will result in the refusal of the petition.]

Abel Acosta, Clerk



FILED IN COURT OF APPEALS
12th Court of Appeals District

MAY 18 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

12TH COURT OF APPEALS CLERK
CATHY LUSK
1517 W. FRONT, ROOM 354
TYLER, TX 75701
* DELIVERED VIA E-MAIL *